UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SHEILA H. LASH,**

    Plaintiff,

                                                                               Civil No. **09-12324**
                                                                               Hon. John Feikens

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on 2/10/2010, the Plaintiff's Objections filed 2/24/2010, and the Defendant's Response to the Objections, filed 3/10/2010.

      **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                                            **s/John Feikens**
                                                                            John Feikens
                                                                           United States District Judge

Dated: March 11, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 11, 2010.

s/Carol Cohron
Deputy Clerk